IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NANCY DANIEL,

Plaintiff,

v.

SCHNUCK MARKETS, INC.,

Defendant.

Case No. 25-901 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 3/23/2026**              **MONICA A. STUMP, Clerk of Court**

                                  **s/ Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**